UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINDRED HEALTHCARE, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEX M. AZAR II, Secretary, )<br>  United States Department of Health )<br>  and Human Services, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:18-cv-00650 (RJL) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Case Management Order dated March 29, 2018 (ECF No. 4), Plaintiff Kindred Healthcare, Inc., and Defendant Alex M. Azar II, Secretary of Health and Human Services, by and through their undersigned counsel, have conferred and, based on those discussions, hereby submit the following joint proposed briefing schedule. Counsel for the parties have conferred and believe the matter will be resolved solely through the filing of dispositive motions. Counsel further believe that an appearance before the Court will not be necessary prior to resolution of the dispositive motions.

Counsel hereby submit the following joint proposed briefing schedule for dispositive motions:

- Plaintiff's Motion for Summary Judgment    **October 2, 2018**

- Defendant's Opposition to Plaintiff's Motion for Summary Judgment and any Cross-Motion for Summary Judgment    **December 4, 2018**

- Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for    **January 18, 2019**

Summary Judgment

- Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment    **March 4, 2019**

A proposed order reflecting this joint proposed briefing schedule is attached.

Dated: June 22, 2018.

                                                Respectfully submitted,

By: /s/ Bradford J. Kelley                   JESSIE K. LIU, D.C. Bar # 472845
BRADFORD J. KELLEY                    United States Attorney
D.C. Bar # 1025941
ARNALL GOLDEN GREGORY LLP       DANIEL F. VAN HORN, D.C. Bar # 924092
1775 Pennsylvania Ave., NW               Chief, Civil Division
Suite 1000
Washington, D.C. 20006                      By: /s/ Jason T. Cohen
Telephone: (202) 677-4920                  JASON T. COHEN, ME Bar # 004465
Fax: (202) 677-4921                            Assistant United States Attorney
Email: bradford.kelley@agg.com            Civil Division
                                            United States Attorney's Office
*Counsel for Plaintiff*                              555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            Telephone: (202) 252-2523
                                            Fax: (202) 252-2599
                                            Email: jason.cohen@usdoj.gov

                                            By: /s/ Linda L. Keyser
                                            LINDA L. KEYSER
                                            United States Department of Health and
                                               Human Services
                                            Office of the General Counsel
                                            Centers for Medicare & Medicaid Services
                                              Division
                                            330 Independence Ave., SW
                                            Cohen Building, Room 5346
                                            Washington, DC 20201
                                            Telephone: (202) 205-8779
                                            Fax: (202) 401-1405
                                            Email: linda.keyser@hhs.gov

- 3 -

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

JANICE L. HOFFMAN
Associate General Counsel

SUSAN MAXSON LYONS
Deputy Associate General Counsel
  for Litigation

United States Department of Health
  and Human Services

*Counsel for Defendant*